# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SECURIGUARD, INC.,

      Plaintiff/Counter-Defendant,

      v.

UNITED GOVERNMENT SECURITY
OFFICERS OF AMERICA, LOCAL 276, on
behalf of KWABENA SAWYER

      Defendant/Counterclaimant.

Civil Action No. 20-156 (JMC)

## ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment, ECF 14, and Defendant's Cross-Motion for Summary Judgment, ECF 19, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Securiguard's Motion for Summary Judgment in support of its complaint to vacate the arbitral award is **DENIED**; it is further

**ORDERED** United Government Security Officers of America, Local 276's Cross-Motion for Summary Judgment in support of its crossclaim to confirm the award is **GRANTED**.

This is a final, appealable order.

**SO ORDERED.**

DATE: October 31, 2022

                                           _____
                                           Jia M. Cobb
                                           U.S. District Court Judge